The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ROBERT WILSON and ERIC McNEAL, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MAXIM HEALTHCARE SERVICES, INC., a Maryland corporation,<br><br>Defendant. | No. 2:14-cv-00789-RSL<br><br>**STIPULATED MOTION TO DECERTIFY COLLECTIVE ACTION AND WITHDRAW RULE 23 CLASS CLAIMS** |

Plaintiffs Robert Wilson and Eric McNeal ("Plaintiffs") and Defendant Maxim Healthcare Services, Inc. (collectively, the "Parties"), by and through counsel, stipulate and agree as follows:

1. The parties, having evaluated the specific and unique facts of this case and the individual deposition testimony of Maxim Recruiters in related arbitrations, have agreed that many of the issues required to establish liability in this particular case are unique to each individual opt-in plaintiff, and that the class claims in this case likely would not survive scrutiny under the rigorous analysis required by 29 U.S.C. § 216(b) or Rule 23 of the Federal Rules of Civil procedure.

2.  Thus, the collective action previously conditionally certified by this Court on December 22, 2014 (Dkt. 53) is hereby decertified, and this case shall no longer proceed as a collective action under 29 U.S.C. § 216(b). In addition, Plaintiffs hereby withdraw all Rule 23 class claims.

3.  The Parties have reached a settlement in this case for all Plaintiffs and Opt-in Plaintiffs on an individual basis.

4.  The FLSA claims of all Opt-in Plaintiffs who have filed Consents to Sue in this case shall remain with this Court for future proceedings on an individual basis.

Dated this 18th day of April, 2017

By: /s/ Jesse L. Young
Jason J. Thompson
Jesse L. Young
SOMMERS SCHWARTZ PC
One Towne Square Ste. 1700
Southfield, MI 48076
Tel: (248) 355-0300
Email: jthompson@sommerspc.com
Email: jyoung@sommerspc.com

Jacob R. Rusch
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55413
Tel: (612) 436-1800
Email: jrusch@johnsonbecker.com

Rebecca J. Roe
Adam J. Berger
SCHROETER GOLDMARK & BENDER
810 Third Ave. Ste. 500
Seattle, WA 98104
Tel: (206) 622-8000
Email: roe@sgb-law.com
Email: berger@sgb-law.com

*Attorneys for Plaintiffs*

By: /s/ Lincoln O. Bisbee
Thomas F. Hurka, Pro Hac Vice
MORGAN, LEWIS & BOCKIUS LLP
77 W Wacker Drive, Fifth Floor
Chicago, IL 60601
Tel: (312) 324-1000
Email: thomas.hurka@morganlewis.com

Lincoln O. Bisbee, Pro Hac Vice
Kaiser H. Chowdhry, Pro Hac Vice
Amanda C. Dupree, Pro Hac Vice
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
Tel: (202) 739-3000
Email: lincoln.bisbee@morganlewis.com
Email: kaiser.chowdhry@morganlewis.com
Email: amanda.dupree@morganlewis.com

Clemens H Barnes
Daniel J. Oates
MILLER NASH GRAHAM & DUNN LLP (SEA)
2801 Alaskan Way
Suite 300 Pier 70
Seattle, WA 98121-1128
(206) 777-7432

STIPULATED MOTION TO DECERTIFY COLLECTIVE ACTION
AND WITHDRAW RULE 23 CLASS CLAIMS -- 2

(206) 777-7537
Email: clem.barnes@millernash.com
Email: dan.oates@millernash.com

*Attorneys for Defendant Maxim Healthcare Services, Inc.*

**IT IS SO ORDERED.**

Dated this 19th day of April, 2017.

*[signature]*

The Honorable Robert S. Lasnik
United States District Judge

STIPULATED MOTION TO DECERTIFY COLLECTIVE ACTION
AND WITHDRAW RULE 23 CLASS CLAIMS -- 3