The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **ROBERT WILSON** and **ERIC McNEAL**, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>**MAXIM HEALTHCARE SERVICES, INC.**, a Maryland corporation,<br><br>Defendant. | No. 2:14-cv-00789-RSL<br><br>**STIPULATION AND ~~(PROPOSED)~~ SCHEDULING ORDER** |

Plaintiffs Robert Wilson and Eric McNeal and Defendant Maxim Healthcare Services Inc. (together, the "Parties"), by and through their undersigned counsel, hereby submit this Stipulated Scheduling Order:

1. Per the Court's instruction, counsel for the Parties conferred regarding a proposed schedule to finalize and submit for approval individual settlement agreements in the above-captioned matter.

2. The Parties stipulate to the following schedule for the Court's approval:

    a. **April 18, 2017** – Deadline for the Defendant to provide Plaintiffs with the draft template settlement agreement.

STIPULATION AND ~~(PROPOSED)~~
SCHEDULING ORDER -- 1

No. 2:14-cv-00789-RSL
4841-0506-6055.1

**MILLER NASH GRAHAM & DUNN PC**
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

b. **April 18, 2017** – Deadline for the Parties to file a stipulation decertifying the conditionally certified FLSA collective action and dismissing all Rule 23 class action claims.

c. **May 9, 2017** – Deadline for the Parties to finalize all individual settlement agreements.

d. **June 9, 2017** – Deadline for the Parties to file a joint motion for approval of the individual settlement agreements.

Dated this 18th day of April, 2017

**SO STIPULATED:**

*By: /s/ Jesse L. Young*
Jason J. Thompson, *Pro Hac Vice*
Jesse L. Young, *Pro Hac Vice*
SOMMERS SCHWARTZ PC
One Towne Square Ste. 1700
Southfield, MI 48076
Tel: (248) 355-0300
Email: jthompson@sommerspc.com
Email: jyoung@sommerspc.com
*Attorneys for Plaintiffs*

*By: /s/ Jacob R. Rusch*
Jacob R. Rusch, *Pro Hac Vice*
JOHNSON BECKER, PLLC
444 Cedar St Ste 1800
Saint Paul, MN 55101
Tel: (612) 436-1800
Email: jrusch@johnsonbecker.com
*Attorneys for Plaintiffs*

*By: /s/ Amanda C. Dupree*
Lincoln O. Bisbee, *Pro Hac Vice*
Kaiser H. Chowdhry, *Pro Hac Vice*
Amanda C. Dupree, *Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
Tel: (202) 739-3000
Email: lincoln.bisbee@morganlewis.com
Email: kaiser.chowdhry@morganlewis.com
Email: amanda.dupree@morganlewis.com

Thomas F. Hurka, *Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
77 W Wacker Drive, Fifth Floor
Chicago, IL 60601
Tel: (312) 324-1000
Email: thomas.hurka@morganlewis.com

*Attorneys for Defendant Maxim Healthcare Services, Inc.*

STIPULATION AND (PROPOSED)
SCHEDULING ORDER -- 2

No. 2:14-cv-00789-RSL
4841-0506-6055.1

MILLER NASH GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

By: /s/ Rebecca J. Roe
Rebecca J. Roe, WSB No. 7560
Adam J. Berger, WSB No. 20714
SCHROETER GOLDMARK & BENDER
810 Third Ave. Ste. 500
Seattle, WA 98104
Tel: (206) 622-8000
Email: roe@sgb-law.com
Email: berger@sgb-law.com
*Attorneys for Plaintiffs*

By: /s/ Daniel J. Oates
Clemens H Barnes, WSB No. 4905
Daniel J. Oates, WSB No. 39334
MILLER NASH GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way, Ste 300
Seattle, WA 98121-1128
Tel: (206) 624-8300
Email: clem.barnes@millernash.com
Email: dan.oates@millernash.com
*Attorneys for Defendant Maxim Healthcare Services, Inc.*

**IT IS SO ORDERED.**

DATED: April 19, 2017

_____
JUDGE ROBERT S. LASNIK

STIPULATION AND (PROPOSED)
SCHEDULING ORDER -- 3

No. 2:14-cv-00789-RSL
4841-0506-6055.1

MILLER NASH GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599