# EXHIBIT A

**EXHIBIT A**

1. Amy K Allgood
2. Patrick W Atonna
3. Heather M Bain
4. Robyn S Bairrington
5. Paul H Baston
6. Melissa M Bettorf
7. Joseph A Bosetti
8. Holly M Burris
9. Timothy A Butler
10. Nathan W Caldwell
11. Ashley Catalan
12. Jack R Champion
13. Joshua R Chavez
14. Edward C Darrell
15. Adam T Elbayar
16. Patrick S Favro
17. Christopher J Foley
18. Mark L Gardner
19. Jefferey D Gehring
20. Daniel J Geller
21. Ellen C Golden
22. Jessica S Graff
23. Adam S Guzowski
24. Tyler A Harper
25. Jonathan C Hilbig
26. Brandon J Hoffmann
27. Larry T Holstein
28. Brian K Hunt
29. Talia C Ireland-Galman
30. Jordan A Ladbrooke
31. Valerie L Leigh
32. Daniel R McGuirk
33. Andrew L McLaurin
34. Nathan A McPartlin
35. Amber D Norton
36. Elizabeth Olsen
37. Camilo Otalvaro
38. Abigail M Owens
39. Elizabeth A Pastore
40. Kenneth Pettis
41. Laura L Phipps
42. Shayla A Plotts
43. Michael J Przywara
44. Christopher J Reid
45. Sean C Reilly
46. Jacqueline M Renda
47. Colleen M Robbins
48. Rodrigo C Robles
49. Rupinder Sandhu
50. Christian E Starr
51. Indigo J Starr
52. Trey A Stephens
53. Michael A Stewart II
54. Gemma R Suarez
55. Steven T Sweeney
56. Lindsay A Tiers
57. Michael J Varhol
58. Patsy A Vivares
59. Antwoine D Womack
60. Ryan C Wright
61. Mark S Wrightson
62. Andrew P Arenth
63. Frederick Atobrah
64. Brant D Batson
65. Kyle M Brandon
66. Dennis Y Brown II
67. Jordan A Brown
68. Rachel M Bruce
69. Marichelle G Burgos
70. Sabina R Busjith
71. Diego Centurion
72. Brittney F Chambers
73. Emile L Clarke
74. Ian R Coreth
75. Michael D Crother
76. Scott M Drummond
77. William J Farfan
78. Lesley A Flynn
79. Ashley M Forgey
80. Jill E Gerencher
81. Troy M Gillan
82. Michelle M Green
83. Benjamin W Greenslitt
84. Jessica L Hale
85. Nathan A Hanle
86. Adam C Holcomb
87. Thomas S Hong
88. Monica A Horner
89. Kyle R Jackson
90. Paulette K Jackson
91. Brandon L Johnson
92. Jeremy E Joustra

## **EXHIBIT A**

93. Terrell J Kent
94. Tim Kephart
95. Jasmin L Khani
96. Caitlin A King
97. Tara E Klettke
98. Stephen Kupiszewski
99. Daniel P Landry
100. Christine D Lanzone
101. Emily J Lichter
102. Jeffrey B Ligon
103. Justin T Lipositz
104. David T Mawhirter
105. Luke W Mazzanti
106. Kelly E McMahon
107. Eric A McNeal
108. Sara K Melton
109. Katoya T Moye
110. Erin E Musha
111. Kahley C Nelson
112. David M Neu
113. Bryan J Orlenko
114. Kevin J Peyton
115. Parker H Phillips
116. Laura Ramirez
117. Manuel E Romero
118. Amara A Rowley
119. Jenna L Ruebel
120. Joshua S Ruggeberg
121. Deborah A Salamone
122. Brendon G Simmons
123. Michelle D Simmons
124. Veronica A Soto
125. Branden M Sparks
126. Chantz D Staden
127. Edwin S Urena
128. Colby A Vaughn
129. Robert J Weigand
130. Steven M Wilen
131. Emily B Wilson
132. Robert J Wilson
133. Steven S Wolfe
134. Kevin P Woods
135. Taysir Y Yamin