The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **ROBERT WILSON and ERIC McNEAL**, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>**MAXIM HEALTHCARE SERVICES, INC.**, a Maryland corporation,<br><br>Defendant. | No. 2:14-cv-00789-RSL<br><br>**STIPULATED MOTION FOR DISMISSAL AND [PROPOSED] ORDER**<br><br>NOTE ON MOTION CALENDAR: June 15, 2017 |

**STIPULATED MOTION FOR DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 10(g), Defendant Maxim Healthcare Services, Inc., together with Plaintiffs Robert Wilson and Eric McNeal (collectively, the "Parties"), by and through the undersigned counsel, respectfully move the Court to enter the stipulated Order as set forth below.

STIPULATED MOTION FOR DISMISSAL -- 1

No. 2:14-cv-00789-RSL

MILLER NASH GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Ste. 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

# STIPULATION

The Parties hereby stipulate to the voluntary dismissal of the action in its entirety, with prejudice, as to following Opt-in Plaintiffs:

1. Nicholas Anderson
2. John C. Calhoun
3. Anthony G. Claxton
4. Michael A. Herrera
5. Kyle P. Schnebelen
6. William C. Sherrod
7. Paul M. Terry

Such dismissal is warranted because each Opt-In Plaintiff identified above has no claim for damages within the applicable statute of limitations in this matter.

**SO STIPULATED:**

By: /s/ Jesse L. Young
Jason J. Thompson
Jesse L. Young
SOMMERS SCHWARTZ PC
One Towne Square, Ste. 1700
Southfield, MI 48076
Tel: (248) 355-0300
Email: jthompson@sommerspc.com
Email: jyoung@sommerspc.com

Jacob R. Rusch
JOHNSON BECKER, PLLC
33 South Sixth Street, Ste. 4530
Minneapolis, MN 55413
Tel: (612) 436-1800
Email: jrusch@johnsonbecker.com

By: /s/ Kaiser H. Chowdhry
Thomas F. Hurka, Pro Hac Vice
MORGAN, LEWIS & BOCKIUS LLP
77 W. Wacker Drive, Fifth Floor
Chicago, IL 60601
Tel: (312) 324-1000
Email: thomas.hurka@morganlewis.com

Lincoln O. Bisbee, Pro Hac Vice
Kaiser H. Chowdhry, Pro Hac Vice
Amanda C. Dupree, Pro Hac Vice
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
Tel: (202) 739-3000
Email: lincoln.bisbee@morganlewis.com
Email: kaiser.chowdhry@morganlewis.com
Email: amanda.dupree@morganlewis.com

STIPULATED MOTION FOR DISMISSAL -- 2

No. 2:14-cv-00789-RSL

MILLER NASH GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Ste. 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

| | |
|---|---|
| Rebecca J. Roe<br>Adam J. Berger<br>SCHROETER GOLDMARK &<br>BENDER<br>810 Third Ave., Ste. 500<br>Seattle, WA 98104<br>Tel: (206) 622-8000<br>Email: roe@sgb-law.com<br>Email: berger@sgb-law.com<br><br>*Attorneys for Plaintiffs* | Clemens H Barnes<br>Daniel J. Oates<br>MILLER NASH GRAHAM & DUNN LLP<br>(SEA)<br>2801 Alaskan Way<br>Suite 300 Pier 70<br>Seattle, WA 98121-1128<br>(206) 777-7432<br>(206) 777-7537<br>Email: clem.barnes@millernash.com<br>Email: dan.oates@millernash.com<br><br>*Attorneys for Defendant Maxim Healthcare Services, Inc.* |

**ORDER**

IT IS SO ORDERED.

Dated this __20th__ day of __June__, 2017.

_____
The Honorable Robert S. Lasnik
United States District Judge

STIPULATED MOTION FOR DISMISSAL -- 3

No. 2:14-cv-00789-RSL

MILLER NASH GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Ste. 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599