The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT WILSON and ERIC McNEAL, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MAXIM HEALTHCARE SERVICES, INC., a Maryland corporation,<br><br>Defendant. | No. 2:14-cv-00789-RSL<br><br>**STIPULATED MOTION FOR DISMISSAL AND [PROPOSED] ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>**July 10, 2017** |

**STIPULATED MOTION FOR DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 10(g), Defendant Maxim Healthcare Services, Inc., together with Plaintiffs Robert Wilson and Eric McNeal (collectively, the "Parties"), by and through the undersigned counsel, respectfully move the Court to enter the stipulated Order as set forth below.

**STIPULATION**

The Parties hereby stipulate to the voluntary dismissal of the action in its entirety, ***with prejudice***, as to the following seventy-one (71) Named and Opt-in Plaintiffs:

1. Arenth, Andrew P

STIPULATED MOTION FOR DISMISSAL -- 1

No. 2:14-cv-00789-RSL

MILLER NASH GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Ste. 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

2. Atobrah, Frederick

3. Batson, Brant D

4. Brandon, Kyle M

5. Brown II, Dennis Y

6. Brown, Jordan A

7. Bruce, Rachel M

8. Burgos, Marichelle G

9. Busjith, Sabina R

10. Centurion, Diego

11. Chambers, Brittney F

12. Clarke, Emile L

13. Coreth, Ian R

14. Drummond, Scott M

15. Farfan, William J

16. Flynn, Lesley A

17. Forgey, Ashley M

18. Gerencher, Jill E

19. Gillan, Troy M

20. Green, Michelle M

21. Greenslitt, Benjamin W

22. Hale, Jessica L

STIPULATED MOTION FOR DISMISSAL -- 2

No. 2:14-cv-00789-RSL

MILLER NASH GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Ste. 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

23. Hanle, Nathan A

24. Holcomb, Adam C

25. Hong, Thomas S

26. Horner, Monica A

27. Jackson, Kyle R

28. Johnson, Brandon L

29. Joustra, Jeremy E

30. Kent, Terrell J

31. Kephart, Tim

32. Khani, Jasmin L

33. King, Caitlin A

34. Klettke, Tara E

35. Kupiszewski, Stephen

36. Landry, Daniel P

37. Lanzone, Christine D

38. Lichter, Emily J

39. Ligon, Jeffrey B

40. Lipositz, Justin T

41. Mawhirter, David T

42. Mazzanti, Luke W

43. McMahon, Kelly E

STIPULATED MOTION FOR DISMISSAL -- 3

No. 2:14-cv-00789-RSL

MILLER NASH GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Ste. 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

44. McNeal, Eric A

45. Melton, Sara K

46. Moye, Katoya T

47. Musha, Erin E

48. Nelson, Kahley C

49. Neu, David M

50. Orlenko, Bryan J

51. Peyton, Kevin J

52. Phillips, Parker H

53. Ramirez, Laura

54. Romero, Manuel E

55. Rowley, Amara A

56. Ruebel, Jenna L

57. Ruggeberg, Joshua S

58. Salamone, Deborah A

59. Simmons, Brendon G

60. Simmons, Michelle D

61. Soto, Veronica A

62. Sparks, Branden M

63. Staden, Chantz D

64. Urena, Edwin S

STIPULATED MOTION FOR DISMISSAL -- 4

MILLER NASH GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Ste. 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

No. 2:14-cv-00789-RSL

65. Vaughn, Colby A

66. Weigand, Robert J

67. Wilen, Steven M

68. Wilson, Emily B

69. Wilson, Robert J

70. Wolfe, Steven S

71. Woods, Kevin P

These dismissals are warranted because the Named-Plaintiffs and Opt-In Plaintiffs identified above have resolved their claims through individual settlement agreements with Defendant.[1]

**SO STIPULATED:**

By: /s/ Jesse L. Young
Jason J. Thompson
Jesse L. Young
SOMMERS SCHWARTZ PC
One Towne Square, Ste. 1700
Southfield, MI 48076
Tel: (248) 355-0300
Email: jthompson@sommerspc.com
Email: jyoung@sommerspc.com

By: /s/Jacob R. Rusch
Jacob R. Rusch
JOHNSON BECKER, PLLC
33 South Sixth Street, Ste. 4530
Minneapolis, MN 55413
Tel: (612) 436-1800

By: /s/ Thomas F. Hurka
Thomas F. Hurka, Pro Hac Vice
MORGAN, LEWIS & BOCKIUS LLP
77 W. Wacker Drive, Fifth Floor
Chicago, IL 60601
Tel: (312) 324-1000
Email: thomas.hurka@morganlewis.com

By: /s/ Kaiser H. Chowdhry
Lincoln O. Bisbee, Pro Hac Vice
Kaiser H. Chowdhry, Pro Hac Vice
Amanda C. Dupree, Pro Hac Vice
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004

---

[1] Excluded from the instant motion are three remaining Opt-In Plaintiffs— Michael Crother, Taysir Yamin, and Paulette Jackson. The parties expect that their claims, too, will be resolved in the near future. The parties will update the Court accordingly.

STIPULATED MOTION FOR DISMISSAL -- 5

No. 2:14-cv-00789-RSL

MILLER NASH GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Ste. 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

Email: jrusch@johnsonbecker.com

By: /s/ Rebecca J. Roe
Rebecca J. Roe
Adam J. Berger
SCHROETER GOLDMARK &
BENDER
810 Third Ave., Ste. 500
Seattle, WA 98104
Tel: (206) 622-8000
Email: roe@sgb-law.com
Email: berger@sgb-law.com

*Attorneys for Plaintiffs*

Tel: (202) 739-3000
Email: lincoln.bisbee@morganlewis.com
Email: kaiser.chowdhry@morganlewis.com
Email: amanda.dupree@morganlewis.com

By: /s/ Clemens H. Barnes
Clemens H Barnes
Daniel J. Oates
MILLER NASH GRAHAM & DUNN LLP
(SEA)
2801 Alaskan Way
Suite 300 Pier 70
Seattle, WA 98121-1128
(206) 777-7432
(206) 777-7537
Email: clem.barnes@millernash.com
Email: dan.oates@millernash.com

*Attorneys for Defendant Maxim Healthcare Services, Inc.*

STIPULATED MOTION FOR DISMISSAL -- 6

No. 2:14-cv-00789-RSL

MILLER NASH GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Ste. 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

**ORDER**

IT IS SO ORDERED.

Dated this _11th_ day of _July_, 2017.

_____
The Honorable Robert S. Lasnik
United States District Judge

STIPULATED MOTION FOR DISMISSAL -- 9

MILLER NASH GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Ste. 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

No. 2:14-cv-00789-RSL