The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT WILSON and ERIC McNEAL, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MAXIM HEALTHCARE SERVICES, INC., a Maryland corporation,<br><br>Defendant. | No. 2:14-cv-00789-RSL<br><br>**STIPULATED MOTION FOR DISMISSAL AND [PROPOSED] ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>**August 7, 2017** |

## STIPULATED MOTION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 10(g), Defendant Maxim Healthcare Services, Inc., together with Plaintiffs Robert Wilson and Eric McNeal (collectively, the "Parties"), by and through the undersigned counsel, respectfully move the Court to enter the stipulated Order as set forth below.

## STIPULATION

The Parties hereby stipulate to the voluntary dismissal of the action in its entirety, ***with prejudice***, as to the remaining three Opt-in Plaintiffs: **Taysir Yamin, Paulette Jackson, and Michael Crother**. Mr. Yamin's and Ms. Jackson's dismissals are warranted because they have

STIPULATED MOTION FOR DISMISSAL -- 1

No. 2:14-cv-00789-RSL

MILLER NASH GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Ste. 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

resolved their claims through individual settlement agreements with Defendant. Mr. Crother is deceased and his family members have informed Plaintiffs' counsel in writing that they will not pursue a letter of authority to effectuate his settlement agreement. As such, his dismissal is warranted, too.

With these dismissals, all remaining claims in this action have now been dismissed and, as such, the matter may be closed.

**SO STIPULATED:**

By: /s/ Jason J. Thompson
Jason J. Thompson
Jesse L. Young
SOMMERS SCHWARTZ PC
One Towne Square, Ste. 1700
Southfield, MI 48076
Tel: (248) 355-0300
Email: jthompson@sommerspc.com
Email: jyoung@sommerspc.com

By: /s/ Jacob R. Rusch
Jacob R. Rusch
JOHNSON BECKER, PLLC
33 South Sixth Street, Ste. 4530
Minneapolis, MN 55413
Tel: (612) 436-1800
Email: jrusch@johnsonbecker.com

By: /s/Rebecca J. Roe
Rebecca J. Roe
Adam J. Berger
SCHROETER GOLDMARK & BENDER
810 Third Ave., Ste. 500
Seattle, WA 98104
Tel: (206) 622-8000
Email: roe@sgb-law.com
Email: berger@sgb-law.com

*Attorneys for Plaintiffs*

By: /s/ Thomas F. Hurka
Thomas F. Hurka, Pro Hac Vice
MORGAN, LEWIS & BOCKIUS LLP
77 W. Wacker Drive, Fifth Floor
Chicago, IL 60601
Tel: (312) 324-1000
Email: thomas.hurka@morganlewis.com

By:/s/ Kaiser H. Chowdry
Lincoln O. Bisbee, Pro Hac Vice
Kaiser H. Chowdhry, Pro Hac Vice
Amanda C. Dupree, Pro Hac Vice
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
Tel: (202) 739-3000
Email: lincoln.bisbee@morganlewis.com
Email: kaiser.chowdhry@morganlewis.com
Email: amanda.dupree@morganlewis.com

By: /s/ Clemens H. Barnes
Clemens H Barnes
Daniel J. Oates
MILLER NASH GRAHAM & DUNN LLP (SEA)
2801 Alaskan Way
Suite 300 Pier 70
Seattle, WA 98121-1128
(206) 777-7432
(206) 777-7537
Email: clem.barnes@millernash.com
Email: dan.oates@millernash.com

STIPULATED MOTION FOR DISMISSAL -- 2

No. 2:14-cv-00789-RSL

MILLER NASH GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Ste. 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

**ORDER**

IT IS SO ORDERED.

Dated this  10  day of  August , 2017.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik
United States District Judge

STIPULATED MOTION FOR DISMISSAL -- 6

MILLER NASH GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Ste. 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

No. 2:14-cv-00789-RSL